IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VERNON C. WHITE**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **07-716-MJR** |
| ) | |
| **MADISON COUNTY, IL, et al.**, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Defendants Madison County, Sheriff Robert Hertz, Chief Deputy Lakin, Capt. Joseph Gulash, Lt. Hallenbeck, Dr. Robert Blankenship and Nurses & Jailers A-Z are before the Court seeking to compel plaintiff to respond to interrogatories and requests for production propounded on or about December 19, 2007. **(Doc. 54).** No response to the subject motion was filed by plaintiff.

In accordance with Federal Rules of Civil Procedure 33(b)(4) and 34(b), plaintiff has waived all objections to the discovery requests.

**IT IS THEREFORE ORDERED** that the defendants' motion to compel **(Doc. 54)** is **GRANTED**; on or before **September 15, 2008**, plaintiff shall fully answer the defendants' interrogatories and produce the requested documents.

**IT IS SO ORDERED.**

DATED:  September 3, 2008

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**