IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VERNON C. WHITE**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **07-716-MJR** |
| ) | |
| **MADISON COUNTY, IL, et al.**, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Defendants Village of Pontoon Beach, Chief Charlie Luehmann, Lt. Daniel Abel, Det. Richard Schardan and Officer John Simmons are before the Court seeking to compel plaintiff to respond to interrogatories and requests for production propounded on or about February 4, 2008. **(Doc. 55).** No response to the subject motion was filed by plaintiff.

In accordance with Federal Rules of Civil Procedure 33(b)(4) and 34(b), plaintiff has waived all objections to the discovery requests.

**IT IS THEREFORE ORDERED** that the defendants' motion to compel **(Doc. 55)** is **GRANTED**; on or before **September 15, 2008**, plaintiff shall fully answer the defendants' interrogatories and produce the requested documents.

**IT IS SO ORDERED.**

DATED: September 3, 2008

s/ Clifford J. Proud
CLIFFORD J. PROUD
U. S. MAGISTRATE JUDGE