IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **VERNON C. WHITE**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **07-716-MJR** |
| | ) | |
| **MADISON COUNTY, IL, et al.**, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Defendants Madison County, Illinois, Sheriff Robert Hertz, Chief Deputy Lakin, Captain

Gulash, Lieutenant Hallenbeck, Dr. Blankenship and Nurses & Jailers A-Z are before the Court

seeking to compel plaintiff Vernon White to respond to two supplemental requests for

production propounded on or about August 25, 2008, and October 13, 2008, to which plaintiff

has never responded. **(Doc. 67).** No response or other objection to the subject motion has been

filed by plaintiff.

**IT IS THEREFORE ORDERED** that the defendants' motion to compel **(Doc. 67)** is

**GRANTED**. On or before **March 25, 2009**, plaintiff shall comply, without objection, with the

two supplemental requests for production propounded on or about August 25, 2008, and October

13, 2008.

**IT IS SO ORDERED.**

**DATED: March 16, 2009**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**